USDC SCAN INDEX SHEET

















SLD   6/22/99   13:06

3:99-CV-01095   METABOLIFE V. WORNICK

*9*

*M.*

ORIGINAL

1   Gregory D. Roper, State Bar No. 087019
    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2   600 West Broadway, Suite 2600
    San Diego, California 92101-3391
3   Telephone No.: (619) 236-1414
    Fax No.: (619) 232-8311
4
    Jeffrey R. Martin, BBO #322520
5   Robert J. O'Regan, BBO #039970
    BURNS & LEVINSON LLP
6   125 Summer Street
    Boston, Massachusetts 02110
7   Telephone No. 617-345-3000
    Fax No.: 617-345-3299
8
9   Attorneys for GEORGE L. BLACKBURN

10                 UNITED STATES DISTRICT COURT
11           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

12

13  METABOLIFE INTERNATIONAL, INC., a     ) Case No.: 99CV1095R (LAB)
    California corporation,,               )
14                                         ) The Hon. John S. Rhoades
            Plaintiff,                     )
15                                         ) **NOTICE OF MOTION AND MOTION TO**
        v.                                 ) **DISMISS OR, IN THE ALTERNATIVE, TO**
16                                         ) **TRANSFER VENUE, AND REQUEST FOR**
    SUSAN WORNICK, an individual, GEORGE   ) **ATTORNEY'S FEES AND COSTS**
17  BLACKBURN, an individual, and HEARST-  )
    ARGYLE TELEVISION, INC., a Delaware    )
18  corportion,d/b/a WCVB-TV.,             ) DATE:   September 7, 1999
                                           ) TIME:   2:00 p.m.
19          Defendants.                    )
                                           )
20  _____    )

21

22  TO THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD:

23          PLEASE TAKE NOTICE that on September 7, 1999 at 2:00 p.m., or as soon thereafter as the

24  matter may be heard, in Courtroom 5, Judge Rhodes, presiding, defendant George L. Blackburn will,

25  and hereby does, move to dismiss this matter pursuant to Federal Rules of Civil Procedure, Rule 12

26  for lack of personal jurisdiction and improper venue and pursuant to California Code of Civil

27  Procedure Section 425.16, the anti-SLAPP (Strategic Lawsuit Against Public Participation) statute

28  and its Massachusetts counterpart, Massachusetts General Laws c. 231 § 59 H.  Pursuant to United

                                                                              99CV1095R (LAB)

1 | States v. Lockheed Missiles and Space Co. (9th Cir., 1999) 171 F.3d 1208, 1218, the anti-

2 | SLAPP statute is applicable to this diversity case. In the alternative, if the action is not dismissed, Dr.

3 | Blackburn moves for a transfer to the District of Massachusetts. This motion is made upon the ground

4 | that Dr. Blackburn is not subject to personal jurisdiction or venue in the Southern District and there

5 | is no probability that the plaintiff will prevail on its claim. Accordingly, this action should be

6 | dismissed and defendant Blackburn awarded his attorney's fees and costs in connection with the

7 | defense of the litigation. Alternatively, if for any reason the matter is not dismissed, the case should

8 | be transferred to Massachusetts on the grounds that a transfer is in the interests of justice and the

9 | convenience of the parties and witnesses.

10 |       This motion is based upon this notice and motion, the accompanying memorandum of points

11 | and authorities and declarations, the pleadings and papers on file herein, and such other and further

12 | matters that may become before the Court at the time of hearing.

13

14 | Dated: June 21, 1999            Respectfully submitted,

15 |                     LUCE, FORWARD, HAMILTON & SCRIPPS LLP

16

17 |                     By

18 |                         Gregory D. Roper

19 |                     Jeffrey R. Martin

                        Robert J. O'Regan

20 |                     BURNS & LEVINSON LLP

21

22

23

24

25

26

27

28

1                    <u>PROOF OF SERVICE</u>

2   **<u>METABOLIFE INTERNATIONAL, INC. v. SUSAN WORNICK, et al.,</u>**
    **United States District Court, Southern District**
3   **Case No. 99CV 1095R (LAB)**

4   Judge: The Hon. John Rhoades

5   Dept:

6        I, Pat Kemper, declare as follows:

7        I am employed with the law firm of LUCE, FORWARD, HAMILTON & SCRIPPS LLP,
whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3391. I am over
8   the age of eighteen years, and am not a party to this action.

9        On June 21, 1999, I served the foregoing document(s), bearing the title(s)

10   **NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE
ALTERNATIVE, TO TRANSFER VENUE, AND REQUEST FOR
11   ATTORNEY'S FEES AND COSTS**

12   **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT GEORGE BLACKBURN'S MOTION TO DISMISS OR, IN
13   THE ALTERNATIVE, TO TRANSFER VENUE AND FOR ATTORNEY'S
FEES AND COSTS**
14

  **DECLARATION OF GEORGE L. BLACKBURN IN SUPPORT OF
15   MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER
VENUE AND FOR ATTORNEY'S FEES**
16

  **DECLARATION OF ROBERT J. O'REGAN IN SUPPORT OF MOTION
17   TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE AND
FOR ATTORNEY'S FEES**
18

19   on the interested parties in this action by:

20   __x__     **U. S. MAIL:** I placed a copy in a sealed envelope(s), with postage fully prepaid, for
each address named on the attached service list for collection and mailing on the
21           below indicated day following the ordinary business practices at Luce, Forward,
Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices
22           of my place of employment with regard to collection for mailing with the United
States Postal Service.
23

  __  __     **OVERNIGHT MAIL:** I sent a copy via overnight mail, Airbill No. _____.
24

  __  __     **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope
25           addressed to each addressee as indicated below, and caused such envelope(s) to be
delivered via _____.
26

  __  __     **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each
27           addressee as indicated below, and delivered it to _____ for personal service.

28

                                                       99CV1095R (LAB)

1

___   **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s)
2    indicated below.  The facsimile machine I used complied with California Rules of
     Court, Rule 2003 and no error was reported by machine.  Pursuant to California
3    Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of
     the transmission, a copy of which is attached to this declaration.

4

5
___   **(STATE):** I declare under penalty of perjury under the laws of the State of
6    California that the foregoing is true and correct.

7    _x_   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of
     this court at whose direction the service was made.
8

9                           **SEE SERVICE LIST ATTACHED**

10

11   Executed at San Diego, California on June 21, 1999.

12

13                           Pat Kemper

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2                        99CV1095R (LAB)

1

2

## SERVICE LIST

3  Stephen A. Mansfield, Esq.
Shannon M. Hunt, Esq.
4  AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P.
2039 Century Park East, Suite 4150
5  Los Angeles, California 90067
**ATTORNEYS FOR: METABOLIFE INTERNATIONAL, INC.**
6
Michael J. Weaver, Esq.
7  Dean T. Janis, Esq.
LATHAM & WATKINS
8  701 B Street, Suite 2100
San Diego, California 92101-8197
9  **ATTORNEYS FOR SUSAN WORNICK AND
HEARST-ARGYLE TELEVISION, INC. D/B/A WCBV-TV**
10
Steven J. Comen, Esq.
11  GOODWIN, PROCTOR & HOAR LLP
Exchange Place
12  53 State Street
Boston, Massachusetts 02109-2881
13  **ATTORNEYS FOR SUSAN WORNICK AND
HEARST-ARGYLE TELEVISION, INC. D/B/A WCBV-TV**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

99CV1095R (LAB)