USDC SCAN INDEX SHEET










```
APS    2/7/02    15:24
3:99-CV-01095   METABOLIFE V. WORNICK
*140*
*APPO.*
```

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
FEB 05 2002
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| METABOLIFE INTERNATIONAL, INC., a California corporation, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> SUSAN WORNICK, an individual; GEORGE BLACKBURN, an individual; HEARST-ARGYLE TELEVISION, INC., a Delaware corporation, d/b/a WCVB-TV, <br><br> Defendants-Appellees. | No. 99-56814 <br><br> DC# CV-99-1095-JSR <br> Southern California <br><br> ORDER |

Before: RYMER, HAWKINS, and GOULD, Circuit Judges

Appellee George Blackburn's request to transfer consideration of attorney's fees on appeal to the district court is granted. Within 14 days after this order is filed, Blackburn shall file in the district court copies of Blackburn's October 2, 2001 application for attorney's fees, Metabolife International Inc.'s October 18, 2001 opposition to the application, Blackburn's November 5, 2001 reply, and this order.



O:\AppComm\Fees\1999\99-56814Me\panel1.wpd